UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JUSTO KITILYA,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:25-cv-01348-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

Plaintiff Raymond Justo Kitilya, a state prisoner proceeding *pro se* filed this civil rights action seeking relief under 42 U.S.C. § 1983. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 5, 2025, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed without prejudice for Plaintiff's failure to state a claim, failure to prosecute, and for failure to comply with the court's orders. (Doc. No. 11.) Ten days later, Plaintiff filed a first amended complaint. (Doc. No. 12.) In light of Plaintiff's first amended complaint, the magistrate judge, on January 23, 2026, vacated and withdrew the December 5, 2025 findings and recommendations. (Doc. No. 13.)

That same day, the court screened Plaintiff's first amended complaint and issued findings and recommendations recommending Plaintiff's first amended complaint be dismissed without

1

leave to amend for failure to state a cognizable claim. (Doc. No. 13.) The findings and recommendations were served upon Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 4.) Plaintiff has not filed any objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 23, 2026 (Doc. No. 13) are ADOPTED IN FULL;

2.  Plaintiff's first amended complaint (Doc. No. 12) is dismissed without leave to amend for failure to state a cognizable claim; and

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **March 29, 2026**

Dena Coggins
United States District Judge

2